THE HONORABLE RICARDO S. MARTINEZ

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KINSALE INSURANCE COMPANY, a
foreign insurer.

                    Plaintiff,

v.

EVOLUTION SIDE, LLC, a Washington
limited liability company and construction
contractor; and LAER ENTERPRISES INC., a
Washington corporation and construction
contractor, KENTON SCHUMACHER, a
Washington resident; MADALYN HORN, a
Washington resident; JENNIFER LALLY, a
Washington resident; BRANDON &
MICHELLE CONNOR, Washington residents;
MIKE NETTEKOVEN, a Washington resident;
NOAH MANN, a Washington resident;
STACEY MCGEATH, a Washington resident;
JENNIFER ELLSWORTH-BOESL, a
Washington resident; STORM WENDT, a
Washington resident; DAVID BALDWIN, a
Washington resident; TROY RUNNER, a
Washington resident; TRAVIS REANO, a
Washington resident; DEREK TULLUCK, a
Washington resident; RHONDA AND JEFF
SAWYER, Washington residents; JENNIFER
BROADBENT, a Washington resident; ALI
JONES & JULIO VALDEZ, Washington

No. 2:23-cv-00065-RSM

**ORDER GRANTING PLAINTIFF'S
MOTION FOR DEFAULT
JUDGMENT AGAINST
DEFENDANTS EVOLUTION SIDE,
LLC AND LAER ENTERPRISES,
INC**

ORDER GRANTING PLAINTIFF'S MOTION FOR
DEFAULT JUDGMENT – 1

residents; JOHN KENNEDY, a Washington resident; ALEX CORRAL AND KELSIE TROTINGNON, a Washington resident; RICKY & MADISON HALL, Washington residents; LARRY PAGUE, a Washington resident; JULIE ACHESON, a Washington resident; STEPHEN HANNAN, a Washington resident; ANNIE NAHON, a Washington resident; TEMASWATI JOHNSTON, a Washington resident; AMIR MOUSA VI, a Washington resident; TYLER GOLD, a Washington resident; NOEL TEVES, a Washington resident; TERESA RODMAN, a Washington resident; IVAN NGAUAMO, a Washington resident; ANDREW & DIANE MORTAGNE, Washington residents; BRIAN HELLESTO, a Washington resident; VERNON BRANCO, a Washington resident; JOSHUA & JOHANNA SUMMERS, Washington residents; RON BOCCA, a Washington resident; KELLY ROBINSON, a Washington resident; KEN CUNNINGHAM, a Washington resident; PATRICK BROOKE, a Washington resident; NATE MOWRY, a Washington resident; TREVOR ANDERSON, a Washington resident; DEBRA SILVER, a Washington resident; TODD GRIFFEN, a Washington resident; GARY MAGREEHAN, a Washington resident; KRISTEN & ALEX HALL, Washington residents; CALEB HARRIS, a Washington resident; KIERAN HUNT, a Washington resident; LINDSEY CALDERWOOD, a Washington resident; CATHY KOMBOL, a Washington resident; REBEKAH ENGEBO, a Washington resident; GABRIELLA MANCILLA, a Washington resident; BRIAN AND ANISSA REGO, Washington residents; KATIE MIKESELL, a Washington resident; TROY SALISBURY & JESSICA MATIAS, Washington residents; GREG & TIFFANY HOPKINS, Washington residents; RENE LOPEZ RIVERA, a Washington resident; ETHAN SCHIERENBECK, a Washington resident;

ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT – 2

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

1
2
3
4
5
6

JUDY PRENOVOST, a Washington resident;
ALYSSA MERCER, a Washington resident;
SETH & CASSIE POHLMAN, Washington
residents; TANYA EVANS, a Washington
resident; ADAM POHLMAN, a Washington
resident; ARDEN BARDEN, a Washington
resident; IRIS PALLER-MILNE, a Washington
resident; JEFF & KATHERINE POTASKY,
Washington residents; RYAN HILDEBRAND,
a Washington resident; MIKE & SANDY
O'HARA, Washington residents;

7
                                    Defendants.

8      This matter came before the Court on Plaintiff Kinsale Insurance Company's (Kinsale)

9   Motion for Default Judgment against Defendants Evolution Side, LLC (Evolution Side) and Laer

10  Enterprises, Inc. (Laer) (hereinafter collectively "Defaulted Defendants"). This Court, having

11  considered the motion and all supporting documents, hereby GRANTS the Motion for Default

12  Judgment and enters Default Judgment against Defaulted Defendants as follows:

13      Defaulted Defendants are not entitled to any coverage pursuant to the terms and

14  conditions of the following policies of insurance issued to Evolution Side by Kinsale:

15  • No. 0100093333-0 (effective 08/07/2019 - 08/07/2020)

16  • No. 0100093333-1 (effective 08/07/2020 - 08/07/2021)

17  • No. 0100093333-2 (effective 08/07/2021 - 08/07/2022)

18  for any and all claims for damages associated with the claims asserted against them and/or arising

19  out of the Suntop Farm Project which were or could have been raised in the matter entitled *Laer

20  Enterprises, Inc. v. General Enterprise, Inc., et al.*, King County Superior Court Cause No. 21-

21  2-10435-1 SEA.  Kinsale owes no defense or indemnity obligations under the foregoing policies

22  for any claims associated with or arising out of the Suntop Farms Project.

23

ORDER GRANTING PLAINTIFF'S MOTION FOR
DEFAULT JUDGMENT – 3

1    IT IS SO ORDERED.

2

3    DATED this 27th day of April, 2023.

4

5

6                                                    RICARDO S. MARTINEZ

7                                                    UNITED STATES DISTRICT JUDGE

8

9

10   Respectfully Submitted By:

11   LETHER LAW GROUP

12
     */s/ Thomas Lether*
13   Thomas Lether, WSBA #18089
     */s/ Ellen McGraw*
14   Ellen McGraw, WSBA #60240
     1848 Westlake Avenue N, Suite 100
15   Seattle, WA 98109
     P: (206) 467-5444/F: (206) 467-5544
16   tlether@letherlaw.com
     emcgraw@letherlaw.com
17   *Attorneys for Kinsale Insurance Company*

18

19

20

21

22

23

ORDER GRANTING PLAINTIFF'S MOTION FOR
DEFAULT JUDGMENT – 4