THE HONORABLE RICARDO S. MARTINEZ

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KINSALE INSURANCE COMPANY, a foreign insurer.<br><br>                    Plaintiff,<br><br>v.<br><br>EVOLUTION SIDE, LLC, a Washington limited liability company and construction contractor; and LAER ENTERPRISES INC., a Washington corporation and construction contractor, KENTON SCHUMACHER, a Washington resident; MADALYN HORN, a Washington resident; JENNIFER LALLY, a Washington resident; BRANDON & MICHELLE CONNOR, Washington residents; MIKE NETTEKOVEN, a Washington resident; NOAH MANN, a Washington resident; STACEY MCGEATH, a Washington resident; JENNIFER ELLSWORTH-BOESL, a Washington resident; STORM WENDT, a Washington resident; DAVID BALDWIN, a Washington resident; TROY RUNNER, a Washington resident; TRAVIS REANO, a Washington resident; DEREK TULLUCK, a Washington resident; RHONDA AND JEFF SAWYER, Washington residents; JENNIFER BROADBENT, a Washington resident; ALI JONES & JULIO VALDEZ, Washington residents; JOHN KENNEDY, a Washington | No. 2:23-cv-00065-RSM<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST HOMEOWNER DEFENDANTS** |

ORDER GRANTING PLAINTIFF'S MOTION FOR
DEFAULT JUDGMENT – 1

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

resident; ALEX CORRAL AND KELSIE TROTINGNON, a Washington resident; RICKY & MADISON HALL, Washington residents; LARRY PAGUE, a Washington resident; JULIE ACHESON, a Washington resident; STEPHEN HANNAN, a Washington resident; ANNIE NAHON, a Washington resident; TEMASWATI JOHNSTON, a Washington resident; AMIR MOUSA VI, a Washington resident; TYLER GOLD, a Washington resident; NOEL TEVES, a Washington resident; TERESA RODMAN, a Washington resident; IVAN NGAUAMO, a Washington resident; ANDREW & DIANE MORTAGNE, Washington residents; BRIAN HELLESTO, a Washington resident; VERNON BRANCO, a Washington resident; JOSHUA & JOHANNA SUMMERS, Washington residents; RON BOCCA, a Washington resident; KELLY ROBINSON, a Washington resident; KEN CUNNINGHAM, a Washington resident; PATRICK BROOKE, a Washington resident; NATE MOWRY, a Washington resident; TREVOR ANDERSON, a Washington resident; DEBRA SILVER, a Washington resident; TODD GRIFFEN, a Washington resident; GARY MAGREEHAN, a Washington resident; KRISTEN & ALEX HALL, Washington residents; CALEB HARRIS, a Washington resident; KIERAN HUNT, a Washington resident; LINDSEY CALDERWOOD, a Washington resident; CATHY KOMBOL, a Washington resident; REBEKAH ENGEBO, a Washington resident; GABRIELLA MANCILLA, a Washington resident; BRIAN AND ANISSA REGO, Washington residents; KATIE MIKESELL, a Washington resident; TROY SALISBURY & JESSICA MATIAS, Washington residents; GREG & TIFFANY HOPKINS, Washington residents; RENE LOPEZ RIVERA, a Washington resident; ETHAN SCHIERENBECK, a Washington resident; JUDY PRENOVOST, a Washington resident;

|   |   |
|---|---|
| 1 | ALYSSA MERCER, a Washington resident; SETH & CASSIE POHLMAN, Washington residents; TANYA EVANS, a Washington resident; ADAM POHLMAN, a Washington resident; ARDEN BARDEN, a Washington resident; IRIS PALLER-MILNE, a Washington resident; JEFF & KATHERINE POTASKY, Washington residents; RYAN HILDEBRAND, a Washington resident; MIKE & SANDY O'HARA, Washington residents; |
| | Defendants. |

This matter came before the Court on Plaintiff Kinsale Insurance Company's (Kinsale) Motion for Default Judgment against Defendants Evolution Side, LLC (Evolution Side) and Laer Enterprises, Inc. (Laer) (hereinafter collectively "Defaulted Defendants"). This Court, having considered the motion and all supporting documents, hereby GRANTS the Motion for Default Judgment and enters Default Judgment against Defaulted Defendants as follows:

Defaulted Defendants are not entitled to any coverage pursuant to the terms and conditions of the following policies of insurance issued to Evolution Side by Kinsale:

- No. 0100093333-0 (effective 08/07/2019 - 08/07/2020)
- No. 0100093333-1 (effective 08/07/2020 - 08/07/2021)
- No. 0100093333-2 (effective 08/07/2021 - 08/07/2022)

for any and all claims for damages associated with the claims asserted against them and/or arising out of the Suntop Farm Project which were or could have been raised in the matter entitled *Laer Enterprises, Inc. v. General Enterprise, Inc., et al.*, King County Superior Court Cause No. 21-2-10435-1 SEA. Kinsale owes no defense or indemnity obligations under the foregoing policies

for any claims associated with or arising out of the Suntop Farms Project. The claimants[1] are hereby bound to this Default Judgment

IT IS SO ORDERED.

DATED this 6th day of July, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Respectfully Submitted By:

LETHER LAW GROUP

/s/ Thomas Lether
Thomas Lether, WSBA #18089
/s/ Ellen McGraw
Ellen McGraw, WSBA #60240
1848 Westlake Avenue N, Suite 100
Seattle, WA 98109
P: (206) 467-5444/F: (206) 467-5544
tlether@letherlaw.com
emcgraw@letherlaw.com
Counsel for Kinsale Insurance Company

---

[1] "Underlying claimants" collectively refers to Kenton Schumacher, Mike Nettekoven, Madalyn Horn, Stacey McGeath, Jennifer Lally, Jennifer Ellsworth-Boesl, Brandon Connor, Noah Mann, Michelle Connor, Storm Wendt, David Baldwin, Troy Runner, Travis Reano, Derek Tulluck, Rhonda Sawyer, Jeff Sawyer, Jennifer Broadbent, Ali Jones, Julio Valdez, John Kennedy, Alex Corral, Kelsie Trotignon, Ricky Hall, Madison Hall, Larry Pague, Julie Acheson, Stephen Hannan, Annie Nahon, Temaswati Johnston, Amir Mousa IV, Tyler Gold, Teresa Rodman, Ivan Ngauamo, Andrew Mortagne, Diane Mortagne, Brian Hellesto, Janai Hellesto, Vernon Branco, Joshua Summers, Johanna Summers, Ron Bocca, Kelly Robinson, Ken Cunningham, Patrick Brooke, Nate Mowry, Trevor Anderson, Debra Silver, Tod Griffen, Gary Magreehan, Kristen Hall, Alex Hall, Caleb Harris, Kieran Hunt, Lindsey Calderwood, Cathy Kombol, Rebekah Engebo, Gabriella Mancilla, Brian Rego, Anissa Rego, Katie Mikesell, Troy Salisbury, Jessica Matias, Greg Hopkins, Tiffany Hopkins, Rene Lopez Rivera, Ethan Schierenbeck, Judy Prenovost, Alyssa Mercer, Seth Pohlman, Cassie Pohlman, Tanya Evans, Adam Pohlman, Arden Barden, Iris Paller-Milne, Jeff Potasky, Katherine Potasky, Ryan Hildebrand, Mike O'Hara, Sandy O'Hara